B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| NORTHERN DISTRICT OF ILLINOIS | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| --- | --- |
| **Basich, Amanda M.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| --- | --- |
| **NONE** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **8399** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| --- | --- |

| Street Address of Debtor (No. & Street, City, and State): **720 Cochise Street** **Hoffman Estates, IL** | ZIPCODE **60169** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIPCODE |
| --- | --- | --- | --- |

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| --- | --- |

| Mailing Address of Debtor (if different from street address): **SAME** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| --- | --- | --- | --- |

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE** | ZIPCODE |
| --- | --- |

| Type of Debtor (Form of organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form. | ☐ Health Care Business | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding |
| ☐ Corporation (includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) | ☐ Chapter 9 |
| ☐ Partnership | ☐ Railroad | ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Stockbroker | ☐ Chapter 12 |
| | ☐ Commodity Broker | ☐ Chapter 13 |
| | ☐ Clearing Bank | **Nature of Debts** (Check one box) |
| | ☐ Other | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"   ☐ Debts are primarily business debts. |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Chapter 11 Debtors: |
| --- | --- | --- |
| Country of debtor's center of main interests: _____ | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Check one box:** ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
| Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | | **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*. |

| Filing Fee (Check one box) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| --- | --- |
| ☒ Full Filing Fee attached | **Check all applicable boxes:** ☐ A plan is being filed with this petition |
| ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offiial Form 3B. | |

**Statistical/Administrative Information**                                                THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>***Amanda M. Basich*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X ***/s/ Richard S. Bass***                    ***01/28/2014***<br>Signature of Attorney for Debtor(s)                    Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/13)                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Amanda M. Basich |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Amanda M. Basich*<br>Signature of Debtor<br><br>**X**<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>*01/28/2014*<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>_____<br>(Date) |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** */s/ Richard S. Bass*<br>Signature of Attorney for Debtor(s)<br><br>**Richard S. Bass 6189009**<br>Printed Name of Attorney for Debtor(s)<br><br>**Law Office of Richard S. Bass LTD**<br>Firm Name<br><br>**2021 Midwest Road**<br>Address<br><br>**Oak Brook, IL   60523**<br><br>**630-953-8655**<br>Telephone Number<br><br>*01/28/2014*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**FORM B6A (Official Form 6A) (12/07)**

In re _Amanda M. Basich_ ,
        Debtor(s)

Case No._____
               (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Amanda M. Basich_____,     Case No. _____
               Debtor(s)                                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account: First American Bank*<br>*Location: In debtor's possession* | | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods & furnishings*<br>*Location: In debtor's possession* | | $1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books & pictures*<br>*Location: In debtor's possession* | | $200.00 |
| 6. Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | | $600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such | X | | | |

Page  __1__  of  __3__

B6B (Official Form 6B) (12/07)

In re _Amanda M. Basich_ _____ , Case No. _____

Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *2013 Tax Refund* *Location: Pending* | | $2,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2012 Dodge Charger* *Location: In debtor's possession* | | $18,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re **Amanda M. Basich** _____ ,    Case No. _____

                Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | *$22,600.00* |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re    _Amanda M. Basich_____,    Case No. _____
                        Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Checking Account: First American Bank* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Misc used household goods & furnishings* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *Misc used personal items, books & pictures* | *735 ILCS 5/12-1001(a)* | *$ 200.00* | *$ 200.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *2013 Tax Refund* | *735 ILCS 5/12-1001(b)* | *$ 2,500.00* | *$ 2,500.00* |
| *2012 Dodge Charger* | *735 ILCS 5/12-1001(c)* | *$ 0.00* | *$ 18,000.00* |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Amanda M. Basich_ ,                          Case No._____

**Debtor(s)**                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *3768*  *Creditor # : 1*  *Wells Fargo Auto Dealer Svcs*  *RE: Bankruptcy Dept*  *PO BOX  168048*  *Irving TX 75016-8048* | | *2013*  *Purchase Money Security*  *2012 Dodge Charger*  Value: *$ 18,000.00* | | | | *$ 20,000.00* | *$ 2,000.00* |
| Account No: | | Value: | | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | Subtotal $ (Total of this page) | | | *$ 20,000.00* | *$ 2,000.00* |
| | Total $ (Use only on last page) | | | *$ 20,000.00* | *$ 2,000.00* |
| | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re <u>Amanda M. Basich</u> ,    Case No._____
                    **Debtor(s)**                                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>    **continuation sheets attached**

In re _Amanda M. Basich_____ ,    Case No._____

                    **Debtor(s)**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *7006* *Creditor # : 1* *Cook County Dept Revenue* *RE Collection-Bankruptcy* *PO Box 94401* *Chicago IL 60690-4401* | | *2011* *Use Tax* | | | | | *$ 200.00* | *$ 200.00* | *$ 0.00* |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  |  |  |  |
|---|---|---|---|
| **Subtotal $** (Total of this page) | *200.00* | *200.00* | *0.00* |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *200.00* | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *200.00* | *0.00* |

B6F (Official Form 6F) (12/07)

In re _Amanda M. Basich_____ ,   Case No._____
         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *5970* <br> *Creditor # : 1* <br> *ACC International Collection* <br> *RE:  Bob & Pegs Dental* <br> *919 Estes Ct* <br> *Schaumburg IL 60193-4427* | | | *2009-2014* <br> *Notice to Collector* | | | | *$ 0.00* |
| Account No:   *7109* <br> *Creditor # : 2* <br> *ACCredo* <br> *Attn:  Patient Accts* <br> *PO BOX  7247* <br> *Philadelphia PA 19170-0304* | | | *2009-2014* <br> *Medical Bills* | | | | *$ 225.00* |
| Account No:   *4984* <br> *Creditor # : 3* <br> *ACCure Total Health* <br> *Attn:  Patient Accts* <br> *750 Fletcher Dr    #304* <br> *Elgin IL 60123-4756* | | | *2009-2014* <br> *Medical Bills* | | | | *$ 77.00* |

_26_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | *$ 302.00* |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,        Case No._____
        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0092<br>Creditor # : 4<br>Advanced OB-GYN Associates<br>Attn:  Patient Accts<br>1585 N. Barrington  #605<br>Hoffman Estates IL 60169-5020 | | | 2009-2014<br>Medical Bills | | | | $ 379.00 |
| Account No:   6620<br>Creditor # : 5<br>AFNI COLLECTION<br>RE:  DirecTV<br>1310 MLK Dr<br>Bloomington IL 61702 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1717<br>Creditor # : 6<br>AFNI COLLECTION<br>RE:   AT&T<br>1310 MLK Dr<br>Bloomington IL 61702 | | | 2009-2014<br>Collection | | | | $ 207.00 |
| Account No:   5676<br>Creditor # : 7<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | | 2009-2014<br>Medical Bills | | | | $ 110.00 |
| Account No:   2218<br>Creditor # : 8<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | | 209-2014<br>Medical Bills | | | | $ 225.00 |

Sheet No.   _1_ of   _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 921.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_____,      Case No._____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   6601<br>Creditor # : 9<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | 2009-2014<br>Medical Bills | | | | $ 367.00 |
| Account No.   0363<br>Creditor # : 10<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | 2009-2014<br>Medical Bills | | | | $ 22.00 |
| Account No.   1060<br>Creditor # : 11<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | 2009-2014<br>Medical Bills | | | | $ 657.00 |
| Account No.<br>Creditor # : 12<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | 2009-2014<br>Medical Bills | | | | $ 250.00 |
| Account No.   9603<br>Creditor # : 13<br>Alexian Brothers Medical Ctr<br>Attn:   Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005 | | 2009-2014<br>Medical Bills | | | | $ 107.00 |

Sheet No.  _2_ of  _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 1,403.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,       Case No._____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   A380<br><br>Creditor # : 14<br>Alexian Bros Medical Group<br>Attn:  Patient Accts<br>3040 Salt Creek Lane<br>Arlington Heights IL 60005-1069 | | | 2009-2014<br>Medical Bills | | | | $ 17.00 |
| Account No:<br><br>Creditor # : 15<br>Alexian Bros Medical Group<br>Attn:  Patient Accts<br>3040 Salt Creek Lane<br>Arlington Height IL 60005-1069 | | | 2009-2014<br>Medical Bills | | | | $ 22.00 |
| Account No:   8181<br><br>Creditor # : 16<br>Alliance Laboratory Phys LTD<br>Attn:  Patient Accts<br>PO BOX  5968<br>Carol Stream IL 60197-5968 | | | 2009-2014<br>Medical Bills | | | | $ 2.00 |
| Account No:   3661<br><br>Creditor # : 17<br>Alliance Laboratory Phys LTD<br>Attn:  Patient Accts<br>PO BOX  5968<br>Carol Stream IL 60197-5968 | | | 2009-2014<br>Medical Bills | | | | $ 5.00 |
| Account No:   147<br><br>Creditor # : 18<br>Ally<br>Attn:  Bankruptcy Dept<br>PO BOX  380901<br>Minneapolis MN 55438 | | | 2012<br>Automobile Loan<br>2008 Chevrolet Equinox seized by<br>Cook Co | | | | $ 11,311.00 |

Sheet No.   3  of   26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 11,357.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,     Case No._____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   9759 <br> Creditor # : 19 <br> American Collection Corp ACC <br> Acct: Basnkruptcy Dept <br> 919 Estes Ct <br> Schaumburg IL 60193-4427 | | 2012 <br> Collection | | | | $ 235.00 |
| Account No.   0397 <br> Creditor # : 20 <br> American Credit Systems Inc. <br> RE: Bob & Pegs Dental <br> 400 W. Lake St   #111 <br> Roselle IL 60172 | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No. <br> Creditor # : 21 <br> American Health Center LTD <br> Attn:  Patient Accounts <br> 1640 N. Arlington Hts Rd <br> Arlington Heights IL 60004 | | 2009-2014 <br> Medical Bills | | | | $ 535.00 |
| Account No.   6516 <br> Creditor # : 22 <br> American Honda Finance <br> Attn:  Bankruptcy Dept <br> PO BOX  1844 <br> Alpharetta GA 30023-1844 | | 2014 <br> Deficiency on Vehicle <br> Surrendered 2007 Personal <br> Watercraft | | | | $ 5,000.00 |
| Account No. <br> Creditor # : 23 <br> Arbor Counseling Center LTD <br> Attn:  Patient Accts <br> 2300 N. Barrington Rd  #105 <br> Hoffman Estates IL 60169 | | 2009-02014 <br> Medical Bills | | | | $ 256.00 |

Sheet No. __4__ of __26__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,026.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,      Case No._____
           **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   5977<br><br>Creditor # : 24<br>Armor Systems Corporation<br>RE:  Personal Womens Health<br>1700 Kiefer Dr   #1<br>Zion IL 60099-5105 | | | 2009-2014<br>Collection on Medical Bills | | | | $ 926.00 |
| Account No.   0397<br><br>Creditor # : 25<br>Bob & Pegs Dental<br>Attn:  Patient Accts<br>2241 W. Schaumburg Rd<br>Schaumburg IL 60194 | | | 2009-2014<br>Dental Bills | | | | $ 235.00 |
| Account No.<br><br>Creditor # : 26<br>Bonaventure Medical Foundation<br>Attn: Patient Accounts<br>PO Box  843147<br>Boston  MA 02284-3147 | | | 2009-2014<br>Medical Bills | | | | $ 26.00 |
| Account No.   3H<br><br>Creditor # : 27<br>Bruno Realty Corp<br>Attn:  Collections<br>4701 N. Cumberland  #29<br>Norridge IL 60706 | | | 2009-2014<br>Arrearage on Rent | | | | $ 3,394.00 |
| Account No.   1916<br><br>Creditor # : 28<br>Capital Management Services<br>RE:  DSNB<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   5  of   26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 4,581.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Amanda M. Basich_____ ,   Case No._____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0207<br>Creditor # : 29<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  30285<br>Salt Lake City UT 84130-0285 | | 2009-2014<br>Credit Account | | | | $ 600.00 |
| Account No:   1926<br>Creditor # : 30<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  30285<br>Salt Lake City UT 84130-0285 | | 2009-2014<br>Credit Account | | | | $ 125.00 |
| Account No:<br>Creditor # : 31<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  30281<br>Salt Lake City UT 84130. | | 2013<br>Notice to Other Location | | | | $ 0.00 |
| Account No:   3221<br>Creditor # : 32<br>Cavalry Portfolio Services<br>Acct:  Sprint PCS<br>500 Summit Lake Dr<br>Valhalla NY 10595 | | 2009-2014<br>Collection | | | | $ 483.00 |
| Account No:   1699<br>Creditor # : 33<br>Cavalry Portfolio Services<br>Acct:  HSBC Bank<br>500 Summit Lake Dr  #4-A<br>Valhalla NY 10595 | | 2012<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   6   of   26   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,208.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_____,          Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    6620<br>Creditor # : 34<br>CBE Group Inc.<br>RE:  DirecTV<br>1309 Technology Pkwy<br>Cedar Falls IA 50613 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.    0590<br>Creditor # : 35<br>Chase<br>Attn:  Bankruptcy Dept<br>PO BOX  15298<br>Wilmington DE 19850-5298 | | 2009-2014<br>Notice | | | | $ 0.00 |
| Account No.    0400<br>Creditor # : 36<br>Chase<br>Attn:  Bankruptcy Dept<br>PO BOX  15298<br>Wilmington DE 19850-5298 | | 2009-2014<br>Credit Account | | | | $ 365.00 |
| Account No.    1944<br>Creditor # : 37<br>Chase<br>Attn:  Bankruptcy Dept<br>PO BOX  15298<br>Wilmington DE 19850-5298 | | 2009-2014<br>Credit Account | | | | $ 799.00 |
| Account No:<br>Creditor # : 38<br>City of Chicago<br>Department of Revenue<br>PO BOX  88292<br>Chicago IL 60680-1292 | | 2012<br>Citation For Confiscated Vehicle<br>2008 Chevy Equinox | | | | $ 7,000.00 |

Sheet No.   7  of    26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 8,164.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,    Case No._____
          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2192<br><br>Creditor # : 39<br>City of Chicago<br>Department of Finance<br>121 N. LaSalle,  Room 107A<br>Chicago IL 60602 | | 2012<br>Traffic Violations | | | | $ 2,760.00 |
| Account No:   2192<br><br>Creditor # : 40<br>City of Chicago Dpt Street-San<br>RE: Traffic Services-<br>120 N. Racine Ave 2nd Flr<br>Chicago IL 60607 | | 2012<br>Notice to Agency<br>Inventory No 6712192  (2008 Carryall) | | | | $ 0.00 |
| Account No:   2192<br><br>Creditor # : 41<br>City of Chicago. Impound Servces<br>RE: Legal Notice Dept<br>701 N. Sacaremnto<br>Chicago IL 60612 | | 2012<br>Notice<br>2008 Chevy Equinox held at impound lot | | | | $ 0.00 |
| Account No:   1254<br><br>Creditor # : 42<br>Client Services Inc.<br>RE:  Goodyear<br>3451 Harry Truman Blvd<br>St. Charles MO 63301-4047 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4130<br><br>Creditor # : 43<br>Comenity Bank/Victoria s Secret<br>Attn:  Bankrupcty Dept<br>PO BOX  182125<br>Columbus OH 43218 | | 2009-2014<br>Credit Account | | | | $ 1,171.00 |

Sheet No.   _8_ of   _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 3,931.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  _Amanda M. Basich_ ,                                    Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6601<br>Creditor # : 44<br>Computer Credit Inc.<br>RE: St. Alexius Med Ctr<br>PO BOX 5238<br>Winston Salem NC 27113-5238 | | 2009-20-14<br>Notice to Collector | | | | $ 0.00 |
| Account No: 9416<br>Creditor # : 45<br>Computer Credit Inc.<br>RE: St. Alexius Med Ctr<br>PO BOX 5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Collection on Medical Bills | | | | $ 70.00 |
| Account No: 3818<br>Creditor # : 46<br>Computer Credit Inc.<br>RE: Alexian Bros Med Ctr<br>PO BOX 5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Collection on Medical Bills | | | | $ 1,401.00 |
| Account No: 2218<br>Creditor # : 47<br>Computer Credit Inc.<br>RE: Alexian Bros Med Ctr<br>PO BOX 5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No: 9366<br>Creditor # : 48<br>Computer Credit Inc.<br>RE: Alexian Bros Med Ctr<br>PO BOX 5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Collection on Medical Bills | | | | $ 435.00 |

Sheet No. _9_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,906.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_____,          Case No._____
                **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   1060<br>Creditor # : 49<br>Computer Credit Inc.<br>RE:  St. Alexius Med Ctr<br>PO BOX  5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.   5676<br>Creditor # : 50<br>Computer Credit Inc.<br>RE:  St. Alexius Med Ctr<br>PO BOX  5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.   9603<br>Creditor # : 51<br>Computer Credit Inc.<br>RE:  St. Alexius Med Ctr<br>PO BOX  5238<br>Winston Salem NC 27113-5238 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.   2412<br>Creditor # : 52<br>Convergent Oursourcing Inc<br>RE:  T-Mobile<br>800 SW 39th St<br>Renton WA 98057 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.   0122<br>Creditor # : 53<br>Cook County State Attorney<br>RE Forfeiture Unit<br>50 W. Washington St   #300<br>Chicago IL 60602 | | 2013<br>State Atty No 12-04-0122      ISP<br>Siezure: HV-239301 | | | | $ 0.00 |

Sheet No.   _10_  of   _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_____ ,          Case No._____

**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0967 *Creditor # : 54* *Creditors Collection Corp* *Acct: Clear Complexions* *PO Box 63* *Kankakee IL 60901-0063* | | *2012* *Collection* | | | | $ 231.00 |
| Account No.   2903 *Creditor # : 55* *Direct Rewards Platinum* *Attn:  Bankruptcy Dept* *PO BOX  5894* *Carol Stream IL 60197-5894* | | *2009-2014* *Credit Account* | | | | $ 442.00 |
| Account No.   6620 *Creditor # : 56* *DirectV* *Attn:  Collections* *PO BOX  6550* *Greenwood Villag CO 80155-6550* | | *2009-2014* *Cable Television* | | | | $ 486.00 |
| Account No. *Creditor # : 57* *DSNB/Macy's* *Attn:  Bankruptcy Dept* *PO Box 8218* *Mason OH 45040* | | *2013* *Notice to Other Location* | | | | $ 0.00 |
| Account No.   7940 *Creditor # : 58* *Enhanced Recovery Corp* *Acct: T Mobile* *PO Box 57547* *Jacksonville FL 32241.* | | *2013* *Collection* | | | | $ 1,235.00 |

Sheet No. _11_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,394.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,     Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    1544<br><br>Creditor # : 59<br>Enterprise Rent A Car<br>Attn: Loss Prevention Dpt<br>PO BOX  69<br>Lombard IL 60148 | | | 2009-2014<br>Collection | | | | $ 12.00 |
| Account No.    9849<br><br>Creditor # : 60<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5524 | | | 2009-2014<br>Notice | | | | $ 0.00 |
| Account No.    2004<br><br>Creditor # : 61<br>FMS Inc.<br>RE:   DSNB<br>PO BOX   707601<br>Tulsa OK 74170-7601 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.    8262<br><br>Creditor # : 62<br>Global Credit & Collection<br>RE:  WAMU-Equable<br>300 International Dr, #100<br>Buffalo NY 14221 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.<br><br>Creditor # : 63<br>Goodyear Credit<br>Attn Bankruptcy Dept<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | | | 2013<br>Notice to Other Location | | | | $ 0.00 |

Sheet No.   12  of   26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                $ 12.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,   Case No._____
     **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0317 <br> Creditor # : 64 <br> Goodyear Credit Plan <br> Attn:  Bankruptcy Dept <br> PO BOX  6403 <br> Sioux Falls SD 57117-6403 | | 2009-2014 <br> Credit Account | | | | $ 625.00 |
| Account No.   1469 <br> Creditor # : 65 <br> Grant & Weber <br> RE:  Presence Resurrection Med <br> 861 Coronado Ctr Dr  #211 <br> Henderson NV 89052 | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No.: <br> Creditor # : 66 <br> Harper College <br> Attn:  Student Accts <br> 1200 W. Algonquin Rd <br> Palatine IL 60067-7373 | | 2009-2014 <br> School Tuition | | | | $ 512.00 |
| Account No.   4805 <br> Creditor # : 67 <br> Hoffman Estates Surgery Ctr <br> Attn:  Patient Accts <br> 1555 Barrington Rd  #0400 <br> Hoffman Estates IL 60169-5040 | | 2009-2014 <br> Medical Bills | | | | $ 1,078.00 |
| Account No.   5454 <br> Creditor # : 68 <br> HRRG <br> RE:  MEA Elk Grove <br> PO BOX  5406 <br> Cincinnati OH 45273-7942 | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. __13__ of ___26__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,215.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,          Case No._____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   2206 *Creditor # : 69* *HSBC Bank* *Attn:  Bankruptcy Dept* *PO BOX  30253* *Salt Lake City UT 84130-0253* | | 2011 *Unsecured* | | | | $ 455.00 |
| Account No.   0HD1 *Creditor # : 70* *I. C. System Inc.* *RE:   American Honda* *444 Highway 96 E, PO BOX 64887* *Saint Paul MN 55164-0887* | | 2009-2014 *Notice to Collector* | | | | $ 0.00 |
| Account No.   1280 *Creditor # : 71* *Illinois Collection Service* *RE:  Resurrection Med Ctr* *PO BOX 1010* *Tinley Park IL 60477-9110* | | 2009-2014 *Notice to Collector* | | | | $ 0.00 |
| Account No.   2903 *Creditor # : 72* *J.C. Christensen & Assoc, Inc.* *RE:  HSBC* *PO BOX  519* *Sauk Rapids MN 56379* | | 2009-2014 *Notice to Collector* | | | | $ 0.00 |
| Account No.   4950 *Creditor # : 73* *Law Offices of Talan & Ktsanes* *RE City of Chicago* *223 W. Jackson Blvd #512* *Chicago IL 60606* | | 2013-14 *Collection* *Administrative Doicket #12 VP* *004950* | | | | $ 3,839.00 |

Sheet No. __14__ of __26__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 4,294.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Amanda M. Basich_____,     Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2903<br>Creditor # : 74<br>LTD Financial Services<br>RE:  HSBC<br>7322 Southwest Freeway #1600<br>Houston TX 77074 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0317<br>Creditor # : 75<br>LTD Financial Services<br>RE:  Goodyear<br>7322 Southwest Freeway #1600<br>Houston TX 77074 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9160<br>Creditor # : 76<br>Macy s<br>Attn:  Bankruptcy Processing<br>PO BOX  8053<br>Mason OH 45040 | | | 2009-2014<br>Credit Account | | | | $ 799.00 |
| Account No:   9366<br>Creditor # : 77<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  Alexian Bros Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   5676<br>Creditor # : 78<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _15_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 799.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,        Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2218<br>Creditor # : 79<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  Alexian Bros Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:    3818<br>Creditor # : 80<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  Alexian Bros Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:    M000<br>Creditor # : 81<br>Marlene E. Casiano MD<br>Attn:  Patient Accts<br>901 Fox Glen Court<br>Barrington IL 60010-1863 | | | 2009-2014<br>Medical Bills | | | | $ 103.00 |
| Account No:    8022<br>Creditor # : 82<br>MEA Elk Grove LLC<br>Attn:  Patient Accts<br>3429 Regal Dr<br>Alcoa TN 37701-3265 | | | 2009-2014<br>Medical Bills | | | | $ 31.00 |
| Account No:    9350<br>Creditor # : 83<br>Medical Business Bureau<br>RE:  Medical Ctr Anes<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _16_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 134.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Amanda M. Basich                                          ,        Case No._____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  4805<br>Creditor # : 84<br>Medical Center Anesthesia<br>Attn:  Patient Accounts<br>185 Penny Ave<br>Dundee IL 60118 | | 2009-2014<br>Medical Bills | | | | $ 115.00 |
| Account No:  9014<br>Creditor # : 85<br>Medical Recovery Specialist LLC<br>RE:  Sherman Hosp<br>2250 E. Devon Ave  #352<br>Des Plaines IL 60018-4521 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:  3676<br>Creditor # : 86<br>Midland Credit Management<br>RE:  Chase<br>8875 Aero Dr  #200<br>San Diego CA 92123 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:  5031<br>Creditor # : 87<br>Midland Funding<br>Attn: Chase Bank<br>8875 Aero Dr  #200<br>San Diego CA 92123 | | 2012<br>Notice | | | | $ 0.00 |
| Account No:  J834<br>Creditor # : 88<br>NCO Financial Systems Inc.<br>RE:  Capital One Bank<br>507 Prudential Road<br>Horsham PA 19044 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  17  of   26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 115.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_ ,                                     Case No._____
            **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    7421<br>Creditor # : 89<br>Nelnet Loan Services<br>Attn:   Bankruptcy Dept<br>PO BOX  82528<br>Lincoln NE 68501 | | 2009-2014<br>School Tuition | | | | $ 35.00 |
| Account No.    0680<br>Creditor # : 90<br>Neopath, S.C.<br>Attn:  Patient Accts<br>520 E. 22nd Street<br>Lombard IL 60148 | | 2009-2014<br>Medical Bills | | | | $ 25.00 |
| Account No.    5284<br>Creditor # : 91<br>Northland Group<br>RE:  Goodyear<br>PO Box 390905<br>Minneapolis MN 55439 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.<br>Creditor # : 92<br>Northwest Collectors Inc.<br>RE: Physician Anesthesia Assoc<br>3601 Algonquin Rd, #232<br>Rolling Meadows IL 60008-3106 | | 20009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.    1892<br>Creditor # : 93<br>Northwest Ent Associates S.C.<br>Attn:  Patient Accts<br>7447 W. Talcott Ave  #316<br>Chicago IL 60631-3714 | | 2009-2014<br>Medical Bills | | | | $ 454.00 |

Sheet No. _18_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                      $ 514.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,   Case No._____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7334<br>Creditor # : 94<br>OAC<br>RE:  Alliance Laboratory Phys<br>PO BOX  371100<br>Milwaukee WI 53237-2200 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   7844<br>Creditor # : 95<br>Omni Credit Service Florida<br>RE:  DSNB<br>PO BOX  31179<br>Tampa FL 33631 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6601<br>Creditor # : 96<br>Optimum Outcomes<br>RE:  Alexian Bros Health Syste<br>PO BOX  660943<br>Dallas TX 75266-0943 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   5676<br>Creditor # : 97<br>Optimum Outcomes<br>RE:  Alexian Bros<br>PO BOX  660943<br>Dallas TX 75266-0943 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 98<br>Patrick Chiropractic Service<br>Attn:  Patient Accts<br>740 Fletcher Dr  #304<br>Elgin IL 60123 | | 2009-2014<br>Medical Bills | | | | $ 11.00 |

Sheet No.  _19_ of  _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Amanda M. Basich_____,    Case No._____
**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6755<br><br>Creditor # : 99<br>Personal Womens Healthcare SC<br>Attn:  Patient Accts<br>800 Biesterfield Rd  #106<br>Elk Grove Village IL 60007-3372 | | | 2009-2014<br>Medical Bills | | | | $ 380.00 |
| Account No:   1967<br><br>Creditor # : 100<br>Physician Anesthesia Assoc, SC<br>Attn:  Patient Accts<br>Dept 4330<br>Carol Stream IL 60122-4330 | | | 2009-2014<br>Medical Bills | | | | $ 100.00 |
| Account No:   7957<br><br>Creditor # : 101<br>Portfolio Recovery Associates<br>RE: World Financial Netwk<br>120 Corporate Blvd<br>Norfolk VA 23502. | | | 2012<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2502<br><br>Creditor # : 102<br>Portfolio Recovery Associates<br>RE: Citibank<br>120 Corporate Blvd<br>Norfolk VA 23502. | | | 2012<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0317<br><br>Creditor # : 103<br>Portfolio Recovery Associates<br>RE:  Goodyear<br>140 Corporate Blvd<br>Norfolk VA 23502 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   20  of    26  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 480.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Amanda M. Basich_____,       Case No._____
             **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4130<br>Creditor # : 104<br>Portfolio Recovery Associates<br>RE:  Comenity Victorias Secret<br>140 Corporate Blvd<br>Norfolk VA 23502 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:  4130<br>Creditor # : 105<br>Professional Bureau Collections Maryland<br>RE:  Comenity Victorias Secret<br>PO BOX  628<br>Elk Grove CA 95759 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:  3121<br>Creditor # : 106<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2009-2014<br>Medical Bills | | | | $ 3.00 |
| Account No:  3372<br>Creditor # : 107<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2009-2014<br>Medical Bills | | | | $ 6.00 |
| Account No:  9626<br>Creditor # : 108<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2009-2014<br>Medical Bills | | | | $ 3.00 |

Sheet No.  _21_ of  _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 12.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,        Case No._____
**Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    4574<br><br>Creditor # : 109<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | 2009-2014<br>Medical Bills | | | | $ 250.00 |
| Account No:    680A<br><br>Creditor # : 110<br>Radiological Consult Woodstock<br>Attn:  Patient Accts<br>520 E. 22nd Street<br>Lombard IL 60148 | | 2009-2014<br>Medical Bills | | | | $ 7.00 |
| Account No:    0529<br><br>Creditor # : 111<br>Resurrection Hospital<br>Attn Patient Accts<br>7435 N. Talcott<br>Chicago IL 60631 | | 2009-2014<br>Medical Bills | | | | $ 57.00 |
| Account No:    9416<br><br>Creditor # : 112<br>Revenue Cycle Solutions RCS<br>RE:  Alexian Bros Health Sys<br>PO BOX   361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:    2218<br><br>Creditor # : 113<br>Revenue Cycle Solutions RCS<br>RE:  Alexian Bros Health Sys<br>PO BOX   361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  _22_ of  _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 314.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Amanda M. Basich_ ,                    Case No. _____
                 **Debtor(s)**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.: 3818<br>Creditor # : 114<br>Revenue Cycle Solutions RCS<br>RE: Alexian Bros Health Sys<br>PO BOX 361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.: 9603<br>Creditor # : 115<br>Revenue Cycle Solutions RCS<br>RE: Alexian Bros Health Sys<br>PO BOX 361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.: 1060<br>Creditor # : 116<br>Revenue Cycle Solutions RCS<br>RE: Alexian Bros Health Sys<br>PO BOX 361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.: 9366<br>Creditor # : 117<br>Revenue Cycle Solutions RCS<br>RE: Alexian Bros Health Sys<br>PO BOX 361230<br>Birmingham AL 35236-1230 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.: 2016<br>Creditor # : 118<br>Reward Zone Program/MasterCard<br>Attn: Bankruptcy Dept<br>PO BOX 80045<br>Salinas CA 93912-0045 | | 2009-2014<br>Credit Account | | | | $ 100.00 |

Sheet No. _23_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 100.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,         Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 119 <br> RK Trivedi MD SC <br> Attn:  Patient Accts <br> 1585 Barrington Rd  #605 <br> Hoffman Estates IL 60169 | | *2009-2014* <br> *Medical Bills* | | | | $ 437.00 |
| Account No:   7123 <br> Creditor # : 120 <br> Rogers & Holland <br> Attn: Bankruptcy Dept <br> PO BOX  879 <br> Matteson IL 60443 | | *2009-2014* <br> *Credit Account* | | | | $ 1,180.00 |
| Account No:   2299 <br> Creditor # : 121 <br> Schaumburg Immediate Care <br> Attn:  Patient Accts <br> 1375 E. Schaumburg Rd  #100 <br> Schaumburg IL 60194 | | *2009-2014* <br> *Medical Bills* | | | | $ 264.00 |
| Account No:   2327 <br> Creditor # : 122 <br> Sherman Hospital <br> Attn:    Patient Accts <br> 1425 N. Randall Rd <br> Elgin IL 60123 | | *2009-2014* <br> *Medical Bills* | | | | $ 42.00 |
| Account No:   7232 <br> Creditor # : 123 <br> Stellar Recovery Inc <br> RE Comcast <br> 1327 Highway 2 West #100 <br> Kalispell MT 59901-5721 | | *2013* <br> *Notice to Collector* | | | | $ 205.00 |

Sheet No. __24__ of ___26__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,128.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____,        Case No._____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6516 <br> Creditor # : 124 <br> SyNergetic Communication Inc. <br> RE:  American Honda Finance <br> 2700 East Seltice Way  #4 <br> Post Falls ID 83854-7545 | | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   2123 <br> Creditor # : 125 <br> SyNergetic Communication Inc. <br> RE:  Ally <br> 2700 East Seltice Way  #4 <br> Post Falls ID 83854-7545 | | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   9606 <br> Creditor # : 126 <br> T-Mobile <br> Attn:   Collection Dept <br> PO Box 742596 <br> Cincinnati OH 45374-2596 | | | 2009-2014 <br> Cellular Telephone Service | | | | $ 213.00 |
| Account No:   1289 <br> Creditor # : 127 <br> Transworld Systems Inc. <br> RE:  Northwest ENT Assoc <br> PO BOX  17221 <br> Wilmington DE 19850 | | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   1968 <br> Creditor # : 128 <br> Veripath <br> Attn:  Patient Accts <br> 520 E. 22nd Street <br> Lombard IL 60148-6110 | | | 2009-2014 <br> Medical Bills | | | | $ 13.00 |

Sheet No.  25  of   26  continuation sheets attached to Schedule of                    Subtotal $          $ 226.00
Creditors Holding Unsecured Nonpriority Claims                                           Total $
                                                                   (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                   Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Amanda M. Basich_____ ,     Case No._____
         **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **3947**<br>Creditor # : 129<br>*Village of Hoffman Estates*<br>*Attn:  Collections*<br>*PO BOX  457*<br>*Wheeling IL 60090-0457* | | | *2009-2014*<br>*Medical Bills* | | | | $ 91.00 |
| Account No: **2116**<br>Creditor # : 130<br>*Washington Mutual Card Service*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  9016*<br>*Pleasanton CA 94566-9016* | | | *2009-2014*<br>*Credit Account* | | | | $ 477.00 |
| Account No: **0400**<br>Creditor # : 131<br>*Washington Mutual Card Service*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  9016*<br>*Pleasanton CA 94566-9016* | | | *2009-2014*<br>*Credit Account* | | | | $ 366.00 |
| Account No:<br>Creditor # : 132<br>*Woodfield Pediatrics*<br>*RE Patient Accts*<br>*1345 Wiley Rd*<br>*Schaumburg IL 60173* | | | *2006*<br>*Medical Bills* | | | | $ 11.00 |
| Account No: | | | | | | | |

Sheet No. _26_ of _26_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 945.00 |
| **Total $** | $ 54,492.00 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re __Amanda M. Basich_____ / Debtor          Case No. _____

                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Amanda M. Basich_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    Amanda M. Basich
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    NORTHERN    District of    ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Customer Service | |
| Employer's name | Misumi USA Inc | |
| Employer's address | 1717 Penny Lane  #200<br>Number    Street | Number    Street |
|  | Schaumburg    IL    60173<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 3 mths | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $    2355.17 | $    0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3.  + $    0.00 | + $    0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.  $    2355.17 | $    0.00 |

Debtor 1 _____ Amanda M. Basich _____     Case number (if known)_____
First Name          Middle Name          Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ......................................................➔ 4.    $ __2355.17__    $ ____0.00__

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ 617.50 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 617.50    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 1737.67    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify: _Part time_    8h. + $ 400.00    + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 400.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 2,137.67    + $ 0.00    = $ 2137.67

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 2137.67
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:
┌──────────────────────────────────────────────┐
│                                              │
│                                              │
└──────────────────────────────────────────────┘

**Fill in this information to identify your case:**

Debtor 1        Amanda M. Basich
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number
(If known)     _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☑ No
   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**        ☑ No
   **expenses of people other than**   ☐ Yes
   **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 220.00

   If not included in line 4:

   4a.  Real estate taxes                                  4a. $ _____ 0.00

   4b.  Property, homeowner's, or renter's insurance       4b. $ _____ 0.00

   4c.  Home maintenance, repair, and upkeep expenses      4c. $ _____ 0.00

   4d.  Homeowner's association or condominium dues         4d. $ _____ 0.00

| Debtor 1 | Amanda M. Basich | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____ 0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $_____ 0.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $_____ 0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ 116.00 |
| | 6d.  Other. Specify: _____ | 6d. | $_____ |
| 7. | **Food and housekeeping supplies** | 7. | $_____ 450.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____ 120.00 |
| 10. | **Personal care products and services** | 10. | $_____ 80.00 |
| 11. | **Medical and dental expenses** | 11. | $_____ 30.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ 320.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ 110.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $_____ 0.00 |
| | 15b.  Health insurance | 15b. | $_____ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $_____ 80.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. | $_____ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $_____ 380.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $_____ 0.00 |
| | 17c.  Other. Specify: Auto repair, upkeep & license | 17c. | $_____ 60.00 |
| | 17d.  Other. Specify: _____ | 17d. | $_____ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $_____ 0.00 |
| | 20b.  Real estate taxes | 20b. | $_____ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $_____ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $_____ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $_____ 0.00 |

Debtor 1    Amanda M. Basich

First Name        Middle Name         Last Name

Case number *(if known)*_____

21.  **Other**. Specify: _____Student Loan_____          21.  **+**$_____100.00

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                                        22.  $_____2066.00

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a.  $_____2137.67

     23b.  Copy your monthly expenses from line 22 above.                        23b.  **—** $_____2066.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                             23c.  $_____71.67

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.        Explain here:

**B6 Summary (Official Form 6 - Summary) (12/13)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Amanda M. Basich*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     22,600.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     20,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $          200.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *27* | | $     54,492.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,137.67 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,066.00 |
| TOTAL | | *39* | $     22,600.00 | $     74,692.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Amanda M. Basich*

Case No.

Chapter  **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C.  § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *200.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *200.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *2,137.67* |
| Average Expenses (from Schedule J, Line 22) | $ *2,066.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,805.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *2,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *200.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *54,492.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *56,492.00* |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Amanda M. Basich_ _____     Case No. _____
                          Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___40___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _1/28/2014_____        Signature _/s/  Amanda M. Basich_____
                                                 _Amanda M. Basich_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                              Social security No. : _____




Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


X_____        Date: _____


A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Amanda M. Basich* _____ ,    Case No. _____

Debtor    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

☐ None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date: $3,000.00ap | 2014 Wages from employment |
| Last Year: $15,000.00app | Wages from employment |
| Year before: $5,000.00app | Wages from employment |

---

### 2. Income other than from employment or operation of business

☐ None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date: $0.00 | 2014 None |
| Last Year: $0.00 | 2013 None |
| Year before: $3,000.00app | 2012 Unemployment compensation |

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *City of Chicago vs. Amanda Basich 12 VP 004950* | *Adminsytative hearing on siezed vehicle and citations* | *City of Chicago* | *Finding & Decision Judgment Entered* |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:  City of Chicago Address:  See Creditor Schedule F: Various Address* | *2012* | *Description: 2008 Chevy Equinox* |

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: American Honda Finance* *Address: See Creditor* *Schedule F* | *2013* | *Description: 2007 Honda Personal Watercraft* |

### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Amanda M. Basich* | *$700.00* |

### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒  List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None  ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None  ☒   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None  ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.    A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None  ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *01/28/2014*     Signature   */s/ Amanda M. Basich*
of Debtor

Date          Signature
of Joint Debtor
(if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____

Address

X _____          _____

Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Amanda M. Basich*                                              Case No.
                                                                     Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Wells Fargo Auto Dealer Svcs* | *2012 Dodge Charger* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _01/28/2014_____    Debtor: */s/ Amanda M. Basich_____

Date: _____    Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Amanda M. Basich*

Case No.
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *700.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____*306.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *01/28/2014*                    Respectfully submitted,


X */s/ Richard S. Bass* _____
Attorney for Petitioner: *Richard S. Bass*
*Law Office of Richard S. Bass LTD*
*2021 Midwest Road*
*Oak Brook IL  60523*

*630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Amanda M. Basich*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *01/28/2014*

*/s/ Amanda M. Basich*
Debtor

ACC International Collection...
RE:  Bob & Pegs Dental
919 Estes Ct
Schaumburg, IL  60193-4427

ACCredo
Attn:  Patient Accts
PO BOX  7247
Philadelphia, PA  19170-0304

ACCure Total Health
Attn:  Patient Accts
750 Fletcher Dr   #304
Elgin, IL  60123-4756

Advanced OB-GYN Associates
Attn:  Patient Accts
1585 N. Barrington  #605
Hoffman Estates, IL  60169-5020

AFNI COLLECTION
RE:  DirecTV
1310 MLK Dr
Bloomington, IL  61702

AFNI COLLECTION
RE:  AT&T
1310 MLK Dr
Bloomington, IL  61702

Alexian Brothers Medical Ctr
Attn:   Patient Accts
3040 Salt Creek Lane
Arlington Heights, IL  60005

Alexian Bros Medical Group
Attn:  Patient Accts
3040 Salt Creek Lane
Arlington Heights, IL  60005-1069

Alexian Bros Medical Group
Attn:  Patient Accts
3040 Salt Creek Lane
Arlington Height, IL  60005-1069

Alliance Laboratory Phys LTD
Attn:  Patient Accts
PO BOX  5968
Carol Stream, IL  60197-5968

Ally
Attn:  Bankruptcy Dept
PO BOX  380901
Minneapolis, MN  55438

American Collection Corp ACC
Acct: Basnkruptcy Dept
919 Estes Ct
Schaumburg, IL  60193-4427

American Credit Systems Inc
RE:  Bob & Pegs Dental
400 W. Lake St    #111
Roselle, IL  60172

American Health Center LTD
Attn:  Patient Accounts
1640 N. Arlington Hts Rd
Arlington Heights, IL  60004

American Honda Finance
Attn:  Bankruptcy Dept
PO BOX  1844
Alpharetta, GA  30023-1844

Arbor Counseling Center LTD
Attn:  Patient Accts
2300 N. Barrington Rd  #105
Hoffman Estates, IL  60169

Armor Systems Corporation
RE:  Personal Womens Health
1700 Kiefer Dr    #1
Zion, IL  60099-5105

Bob & Pegs Dental
Attn:  Patient Accts
2241 W. Schaumburg Rd
Schaumburg, IL  60194

Bonaventure Medical Foundation
Attn: Patient Accounts
PO Box  843147
Boston , MA  02284-3147

Bruno Realty Corp
Attn:  Collections
4701 N. Cumberland  #29
Norridge, IL  60706

Capital Management Services
RE:  DSNB
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30285
Salt Lake City, UT  84130-0285

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30281
Salt Lake City, UT  84130.

Cavalry Portfolio Services
Acct:  Sprint PCS
500 Summit Lake Dr
Valhalla, NY  10595

Cavalry Portfolio Services LL
Acct:  HSBC Bank
500 Summit Lake Dr  #4-A
Valhalla, NY  10595

CBE Group Inc.
RE:  DirecTV
1309 Technology Pkwy
Cedar Falls, IA  50613

Chase
Attn:  Bankruptcy Dept
PO BOX  15298
Wilmington, DE  19850-5298

City of Chicago
Department of Finance
121 N. LaSalle,  Room 107A
Chicago, IL  60602

City of Chicago
Department of Revenue
PO BOX  88292
Chicago, IL  60680-1292

City of Chicago Dpt Street-San
RE: Traffic Services-
120 N. Racine Ave 2nd Flr
Chicago, IL  60607

City of Chicago. Impound Servces
RE: Legal Notice Dept
701 N. Sacaremnto
Chicago, IL  60612

Client Services Inc.
RE:  Goodyear
3451 Harry Truman Blvd
St. Charles, MO  63301-4047

Comenity Bank/Victoria s Secret
Attn:  Bankrupcty Dept
PO BOX  182125
Columbus, OH  43218

Computer Credit Inc.
RE:  Alexian Bros Med Ctr
PO BOX  5238
Winston Salem, NC  27113-5238

Computer Credit Inc.
RE:  St. Alexius Med Ctr
PO BOX  5238
Winston Salem, NC  27113-5238

Convergent Oursourcing Inc
RE:  T-Mobile
800 SW 39th St
Renton, WA  98057

Cook County Dept Revenue
RE Collection-Bankruptcy
PO Box 94401
Chicago, IL  60690-4401

Cook County State Attorney
RE Forfeiture Unit
50 W. Washington St  #300
Chicago, IL  60602

Creditors Collection Corp
Acct: Clear Complexions
PO Box 63
Kankakee, IL  60901-0063

Direct Rewards Platinum
Attn:  Bankruptcy Dept
PO BOX  5894
Carol Stream, IL  60197-5894

DirectV
Attn:  Collections
PO BOX  6550
Greenwood Villag, CO  80155-6550

DSNB/Macy's
Attn:  Bankruptcy Dept
PO Box 8218
Mason, OH  45040

Enhanced Recovery Corp
Acct: T Mobile
PO Box 57547
Jacksonville, FL  32241.

Enterprise Rent A Car
Attn: Loss Prevention Dpt
PO BOX  69
Lombard, IL  60148

First Premier Bank
Attn:  Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5524

FMS Inc.
RE:  DSNB
PO BOX  707601
Tulsa, OK  74170-7601

Global Credit & Collection
RE:  WAMU-Equable
300 International Dr, #100
Buffalo, NY  14221

Goodyear Credit
Attn Bankruptcy Dept
PO Box 6497
Sioux Falls, SD  57117-6497

Goodyear Current Plan

Attn:  Bankruptcy Dept
PO BOX  6403
Sioux Falls, SD  57117-6403

Grant & Weber
RE:  Presence Resurrection Med
861 Coronado Ctr Dr  #211
Henderson, NV  89052

Harper College
Attn:  Student Accts
1200 W. Algonquin Rd
Palatine, IL  60067-7373

Hoffman Estates Surgery Ctr
Attn:  Patient Accts
1555 Barrington Rd  #0400
Hoffman Estates, IL  60169-5040

HRRG
RE:  MEA Elk Grove
PO BOX  5406
Cincinnati, OH  45273-7942

HSBC Bank
Attn:  Bankruptcy Dept
PO BOX  30253
Salt Lake City, UT  84130-0253

I. C. System Inc.
RE:   American Honda
444 Highway 96 E, PO BOX 64887
Saint Paul, MN  55164-0887

Illinois Collection Service
RE:  Resurrection Med Ctr
PO BOX 1010
Tinley Park, IL  60477-9110

J.C. Christensen & Assoc, Inc.
RE:  HSBC
PO BOX  519
Sauk Rapids, MN  56379

Law Offices of Talan & Ktsanes
RE City of Chicago
223 W. Jackson Blvd #512
Chicago, IL  60606

LTD Financial Services
RE:  HSBC
7322 Southwest Freeway #1600
Houston, TX  77074

LTD Financial Services
RE:  Goodyear
7322 Southwest Freeway #1600
Houston, TX  77074

Macy s
Attn:  Bankruptcy Processing
PO BOX  8053
Mason, OH  45040

Malcolm S. Gerald & Assoc, Inc
RE:  St. Alexius Med Ctr
332 S. Michigan Ave  #600
Chicago, IL  60604

Malcolm S. Gerald & Assoc, Inc
RE:  Alexian Bros Med Ctr
332 S. Michigan Ave  #600
Chicago, IL  60604

Marlene E. Casiano MD
Attn:  Patient Accts
901 Fox Glen Court
Barrington, IL  60010-1863

MEA Elk Grove LLC
Attn:  Patient Accts
3429 Regal Dr
Alcoa, TN  37701-3265

Medical Business Bureau
RE:  Medical Ctr Anes
PO Box 1219
Park Ridge, IL  60068-7219

Medical Center Anesthesia
Attn:  Patient Accounts
185 Penny Ave
Dundee, IL  60118

Medical Recovery Specialist LLC
RE:  Sherman Hosp
2250 E. Devon Ave  #352
Des Plaines, IL  60018-4521

Midland Credit Management
RE:  Chase
8875 Aero Dr  #200
San Diego, CA  92123

Midland Funding
Attn: Chase Bank
8875 Aero Dr  #200
San Diego, CA  92123

NCO Financial Systems Inc.
RE:  Capital One Bank
507 Prudential Road
Horsham, PA  19044

Nelnet Loan Services
Attn:  Bankruptcy Dept
PO BOX  82528
Lincoln, NE  68501

Neopath Health Inc
Attn:  Patient Accts
520 E. 22nd Street
Lombard, IL   60148

Northland Group
RE:  Goodyear
PO Box 390905
Minneapolis, MN   55439

Northwest Collectors Inc.
RE: Physician Anesthesia Assoc
3601 Algonquin Rd, #232
Rolling Meadows, IL   60008-3106

Northwest Ent Associates S.C.
Attn:  Patient Accts
7447 W. Talcott Ave  #316
Chicago, IL   60631-3714

OAC
RE:  Alliance Laboratory Phys
PO BOX  371100
Milwaukee, WI   53237-2200

Omni Credit Service Florida
RE:  DSNB
PO BOX  31179
Tampa, FL   33631

Optimum Outcomes
RE:  Alexian Bros
PO BOX  660943
Dallas, TX  75266-0943

Optimum Outcomes
RE:  Alexian Bros Health Syste
PO BOX  660943
Dallas, TX  75266-0943

Patrick Chiropractic Service
Attn:  Patient Accts
740 Fletcher Dr   #304
Elgin, IL   60123

Personal Womens Healthcare SC
Attn:  Patient Accts
800 Biesterfield Rd  #106
Elk Grove Village, IL   60007-3372

Physician Anesthesia Assoc, SC
Attn:  Patient Accts
Dept 4330
Carol Stream, IL   60122-4330

Portfolio Recovery Associates
RE:  Comenity Victorias Secret
140 Corporate Blvd
Norfolk, VA   23502

```
Portfolio Recovery Associates
RE: Citibank
120 Corporate Blvd
Norfolk, VA  23502.

Portfolio Recovery Associates
RE: World Financial Netwk
120 Corporate Blvd
Norfolk, VA  23502.

Portfolio Recovery Associates
RE:  Goodyear
140 Corporate Blvd
Norfolk, VA  23502

Professional Bureau Collections Maryland
RE:  Comenity Victorias Secret
PO BOX  628
Elk Grove, CA  95759

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Radiological Consult Woodstock
Attn:  Patient Accts
520 E. 22nd Street
Lombard, IL  60148

Resurrection Hospital
Attn Patient Accts
7435 N. Talcott
Chicago, IL  60631

Revenue Cycle Solutions RCS
RE:  Alexian Bros Health Sys
PO BOX  361230
Birmingham, AL  35236-1230

Reward Zone Program/MasterCard
Attn:  Bankruptcy Dept
PO BOX  80045
Salinas, CA  93912-0045

RK Trivedi MD SC
Attn:  Patient Accts
1585 Barrington Rd  #605
Hoffman Estates, IL  60169

Rogers & Holland
Attn: Bankruptcy Dept
PO BOX  879
Matteson, IL  60443

Schaumburg Immediate Care
Attn:  Patient Accts
1375 E. Schaumburg Rd  #100
Schaumburg, IL  60194
```

Sherman & Henderson
Attn:   Patient Accts
1425 N. Randall Rd
Elgin, IL  60123

Stellar Recovery Inc
RE Comcast
1327 Highway 2 West #100
Kalispell, MT  59901-5721

SyNergetic Communication Inc.
RE:  Ally
2700 East Seltice Way  #4
Post Falls, ID  83854-7545

SyNergetic Communication Inc.
RE:  American Honda Finance
2700 East Seltice Way  #4
Post Falls, ID  83854-7545

T-Mobile
Attn:   Collection Dept
PO Box 742596
Cincinnati, OH  45374-2596

Transworld Systems Inc.
RE:  Northwest ENT Assoc
PO BOX  17221
Wilmington, DE  19850

Veripath
Attn:  Patient Accts
520 E. 22nd Street
Lombard, IL  60148-6110

Village of Hoffman Estates
Attn:  Collections
PO BOX  457
Wheeling, IL  60090-0457

Washington Mutual Card Service
Attn:  Bankruptcy Dept
PO BOX  9016
Pleasanton, CA  94566-9016

Wells Fargo Auto Dealer Svcs
RE: Bankruptcy Dept
PO BOX  168048
Irving, TX  75016-8048

Woodfield Pediatrics
RE Patient Accts
1345 Wiley Rd
Schaumburg, IL  60173